**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| APRIL KIRKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA CONGRESS, et al.,<br><br>　　　　　Defendants. | No. ED CV 17-2010-AG (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The Report and Recommendation is accepted.

　　　　2.　　Judgment shall be entered consistent with this Order.

　　　　3.　　The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE