# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| APRIL KIRKMAN, | No. ED CV 17-2010-AG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| USA CONGRESS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: July 27, 2018

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE